IN THE UNITED STATES DISTRICT COURT
FOR THE _Middle_ DISTRICT OF TENNESSEE
_____ DIVISION

RECEIVED
IN CLERK'S OFFICE

OCT 2 0 2014

U.S. DISTRICT COURT
MID. DIST. TENN.

_Clinton Key_ Name

Prison Id. No. _52305_

_____ Name

Prison Id. No. _____

Plaintiff(s)

v.

_Metro Police Dept._ at Name

_Davidson County Herein_ Name

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

(List the names of all the plaintiffs
filing this lawsuit. Do not use "et
al." Attach additional sheets if
necessary.

Civil Action No. _____
(To be assigned by the Clerk's
office. Do not write in this space.)

Jury Trial ☐ Yes ☐ No

(List the names of all defendants
against whom you are filing this
lawsuit. Do not use "et al." Attach
additional sheets if necessary.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the
United States District Court for the Middle District of Tennessee, or in any other federal
or state court?

☑ Yes ☐ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs _Clinton Key_

Defendants _On File Sheriff Dept. Davidson
County at CJC, CCS medical_

Case 3:14-cv-02002 Document 1 Filed 10/20/14 Page 1 of 14 PageID #: 1

Attachment

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF TENNESSEE

_____ DIVISION

CLINTON KEY )
)
)
)
)
PLAINTIFF(S) )
)
)
vs. )  CIVIL ACTION NO. _____
STATE OF TENNESSEE )
METRO General Session Court )
METRO Police Department Davidson County )
Det. Christopher Cote )
Officer Carlos M. Urrutia )
ATTY. MARK KOVACH )
ATTY. JONNIFER Hall )
)
DEFENDANT(S) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER

42 U.S.C. §1983

I.   Previous Lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes___  NO___

B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit

Plaintiffs: _____

_____

Defendants: _____

_3_

2. In what court did you file the previous lawsuit? _Federal_
   _Middle_
   (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? _N/A_

4. What was the Judge's name to whom the case was assigned? _N/A_
   _Don't Know_

5. When did you file the previous lawsuit? _2004 or 2005_ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? _Do Not Know_

7. When was the previous lawsuit decided by the court? _2005 or 2006_ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

   ☐ Yes        ☑ No

   **(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)**

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT **(The following information must be provided by each plaintiff.)**

   A. What is the name and address of the prison or jail in which you are currently incarcerated? _C.J.C. P O Box 196383_
      _Nash, TN. 37219_

   B. Are the facts of your lawsuit related to your present confinement?

      ☑ Yes        ☐ No

   C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

   D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

      ☐ Yes        ☑ No

   If you checked the box marked "No," proceed to question II.H.

E.   If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

   ☐ Yes          ☐ No

F.   If you checked the box marked "Yes" in question II.E above:

   1.   What steps did you take? _____

   2.   What was the response of prison authorities? _____

G.   If you checked the box marked "No" in question II.E above, explain why not. _____

H.   Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

   ☐ Yes          ☑ No

I.   If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

   ☐ Yes          ☑ No

J.   If you checked the box marked "Yes" in question II.I above:

   1.   What steps did you take? _____

   2.   What was the response of the authorities who run the detention facility? _____

L.   If you checked the box marked "No" in question II.I above, explain why not. _This is police, Detective, Lawyers And Judicial system Complaint_

**Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.**

III.   PARTIES TO THIS LAWSUIT

A.   Plaintiff(s) bringing this lawsuit:

   1.   Name of the first plaintiff: _Clinton Key_

      Prison Id. No. of the first plaintiff: _52305_

Address of the first plaintiff: *Clinton Key #52305*
*P.O. Box 196383 Nash. TN-37219 CTC*
· (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: _____

Prison Id. No. of the second plaintiff: _____

Address of the second plaintiff: _____

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: *Det. Christopher R. Cote*

Place of employment of the first defendant: *Metro police Dept. Madison precinct*

The first defendant's address: *Myatt DR Madison TN 37115*

Named in official capacity? ☑ Yes ☐ No
Named in individual capacity" ☐ Yes ☐ No

2. Name of the second defendant: *Carlos M. urrutia*

Place of employment of the second defendant: *Metro police Dept. Madison Precinct*

The second defendant's address: *Myatt PR. Madison TN 37115*

Named in official capacity? ☑ Yes ☐ No
Named in individual capacity" ☐ Yes ☐ No

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

ATTACHMENT 6

Complaints: Lack of competent
Counsel AND MISS Representation
thereof;

1 MARK KOVACH
20 music circle EAST
NASh. TN. 37203.

INDIVIDUAL CAPACITY
~~Trickery by Law~~
6th Amendment
Violation

2 JENNIFER HALL
HALL AND ASSOCIATES
PO BOX 60443
NASh. TN. 37206

INDIVIDUAL CAPACITY
TRICKERY BY LAW
AND
6th Amendment
Violation

3 STATE of TENN.*
metro GENERAL SESSION court
County of DAVIDSON

OFFICIAL CAPACITY

LACK of due process Therein
complaint

The Sixth Amendment Violation
The 4th Amendment Violation

Case 3:14-cv-02002    Document 1    Filed 10/20/14    Page 6 of 14 PageID #: 6

COPY — may not be appointed here
ATTAchmeNt
MARK KoVACH
7

COMPLAINT NUMBER: 2014-0824189

WARRANT NUMBER: GS692160

PROSECUTOR: Carlos M Urrutia

DEFENDANT: Clinton Key

VICTIM: Brian Jones

STATE OF TENNESSEE, COUNTY OF DAVIDSON

AFFIDAVIT

Assault, Aggravated - Deadly Weapon - Int/Kn

-39-13-102(a)(1)(A)*10

Personally appeared before me, the undersigned, [Select one] _x_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] _x_ he ___ she [Select one] ___ personally observed __x_ has probable cause to believe that the defendant named above on 09/04/2014 in Davidson County, *did unlawfully* intentionally or knowingly commits an assault, and the assault involved the use or display of a deadly weapon and that *the probable cause is as follows*:

THE DEFENDANT WAS INVOLVED IN AN ALTERCATION AT 102 HARRIS. IN WHICH THE DEFENDANT PULLED OUT A WEAPON AND DISPLAYED IT TO THE VICTIM. WITNESSES CONTACTED DETECTIVES WHICH WERE NEARBY AND STATED THAT THE DEFENDANT PULLED OUT A GUN. DETECTIVES LOCATED THE DEFENDANT AND FOUND A BB GUN WHICH LOOKED LIKE A H&K MP5. ACCORDING TO THE VICTIM AND WITNESSES, THE DEFENDANT AND VICTIM HAD BEEN ARGUING WHEN THE DEFENDANT GRABBED HIS BAG AND PULLED OUT THE GUN IN. THE DEFENDANT ADMITTED THAT HE PULLED OUT THE WEAPON AND DISPLAYED IT TO THE VICTIM IN AN EFFORT TO SCARE OFF THE VICTIM.

Prosecutor: Carlos M Urrutia 00012514

A R R E S T W A R R A N T

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense

of Assault, Aggravated - Deadly Weapon - Int/Kn C FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/04/2014 22:26:09 .

Bruce Kessler

Judge of the Metropolitan General Sessions Court/Commissioner

1 of 1 pages

Have not seen him at All period And Have not been to court on charges yet came here on the 4th this is the 24th 20 days and counting

ATTachmentCopy

COMPLAINT NUMBER: 2014-0817398

PROSECUTOR: Christopher R Cote

DEFENDANT: Clinton Edward Key

VICTIM: Orlander Eugene Tate

WARRANT NUMBER: GS692961

*Jennifer Hall*

### STATE OF TENNESSEE, COUNTY OF DAVIDSON

### AFFIDAVIT

Assault, Aggravated - Serious Bodily Injury- Int/Kn

39-13-102(a)(1)(A)

Personally appeared before me, the undersigned, **[Select one]** __X_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** _X__ he ___ she **[Select one]** ___ personally observed _X__ has probable cause to believe that the defendant named above on 09/02/2014 in Davidson County, *did unlawfully* The defendant did stab the victim and that *the probable cause is as follows*:

On September 02, 2014 at approximately 21:10 hours Orlander Tate was stabbed by the defendant Clinton Key outside the M&M market located at 515 S Gallatin Rd. Mr. Tate was with his girlfriend Tracy Cometon outside the market when the defendant made derogatory remarks to Ms. Cometon. Both the victim and defendant exchanged words. The defendant pulled out a knife and cut Mr. Tate in the left upper arm. Mr. Tate stabbed the defendant in the back as self-defense after being cut. Both subjects were separated and police were called. Both men were transported to Sky Line Hospital. Mr. Tate received numerous staples for his wound while Mr. Key received no stiches. A video of the incident shows the defendant attacking the victim first.

Prosecutor: Christopher R Cote 00011379

ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense

of Assault, Aggravated - Serious Bodily Injury- Int/Kn C FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/10/2014 09:35:56 .

Bruce Kessler

Judge of the Metropolitan General Sessions Court/Commissioner

1 of 1 pages

*Seen her once or twices but have not been in court Room yet*

C.  Additional Defendants: _____

_____

_____

## IV.  Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

Abuse of Arthority, And lack of Due process. lack of There in on 9/2/14 I Clinton Key WAS STAbbed in The Back AND creAT Across the neck 911 WAS CAlled we both went were TAken to Sky line Hospital me for my INJury @ lander tate for his, he wAs cuT on The Arm parimedic Supervisor (            ) order me to go to hospital or The Police would TAke me by Force I went And got A Texni cal shot, I refused. Stiethos, At ThAt time And date, Det ChristOPher PiCote had me As the victim And gAve me his CArd to call him the next day for date And time to appear in court. It wAs my under stAnding ThAt mr olander E. tAte wAs heAded to jail I seen mr tate thAt NexT morning, I CAll Det. Cote ThAt After Noon but did noT get An Answer I

IV. ~~STATEMENT OF FACTS~~

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

2ᵒᶠ2 LEFT A MASSAGE, ANd waited to cAll him ~~ASAIN~~ AGAIN but WHEN I got home hue was parked IN Front of where I STAY I Approched Mr cote ANd SAid I TRied to talk to you About The ASSAULT but you were NOT IN, his Reply was Forget That who ~~About~~ was the guy who pull A bucther KNife oN you, I Told him That it was A guy who got caught STealing A beer IN The Store that morning The MANAger put him out ANd ~~told~~ him NOT to come bAck IN his place of Biessness, he did come bAck IN his STore That same Nite That when we had A Altercation he trew something from the Beer Box's bearly missing my head AS I was Scratching A Lottery Ticket, I WAS Aguriish I Told him if he hAd Hit me you would had wish you hadN he cuz me ANd SAid when I come out I show you I weNT out The STore ANd sAid I be here you AINT supose to be IN here ANy way I went out side he came out Behine me ~~I threw~~ A plastic small bottle At him he went for his pocket I went for mine he ~~you~~ behine the B came back with ~~a pocket~~ ~~kife~~ Bucther KNife I pull out my pocket kife He ~~left~~ LEFT. 2 dAys later oN The 4th of ~~Sep~~ Sept Det. Cote ANd officer carlos m urrutia officers of the law FAbricated ANd ReArrAnged SAid INcident which happin oN The 2N of Sept. Sept 2 Report is not present. No video seen by court or commissioner

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

$35,000⁰⁰ A. INtentionAl EMOtionAl Duress (All
$35,000⁰⁰ B. MENtAl ANSISh: (All)
$35,000⁰⁰ C. → Punitive DAmAges (Metro police Department
$35,000⁰⁰ D. → Harrassment (metro police Dept, ~~Sheriff~~ Dept.
$35,000⁰⁰ E. FAlse Accuesiation (~~All~~s Metro police Dept / Sheriff Dept.

F. I request a jury trial. ☑ Yes ☐ No

AND in conclusion the FACTs of this matter is Det. Cote, officer urrutia Falsified TENN. STATE dreuments To INCarsirate said defendent one dos't Not have to Be A Rocket scientist to see this erroe of unjust, if the incident HAPPEN on september 2ND 2014 where is the PAPer work For said date And how did the victim on That said date Clinton KEY become the deFendent ON sept, 16th of 2014 A 9:35:56 8 days later while lockup ON AN aggravated Assault with A deadly weapon (39-13-102(a)(1)(A)*10 under Detective Christopher Cote ORDERS

## VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Chule Rey_     Date: _9/20/14_

Prison Id. No. _# 52305_

Address: _Clinton Key   P.O. Box 196_
_383 Nash. TN. 37219 (C.J.C.)_
(Include the city, state and zip code.)

Signature: _____     Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

<u>ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT</u>, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

<u>ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED <i>IN FORMA PAUPERIS</i></u>, if not paying the civil filing fee.

<u>SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED <i>IN FORMA PAUPERIS</i>, TOGETHER</u>. Complaints received without the required filing fee or application to proceed <i>in forma pauperis</i> will be returned. Filing fees, or applications to proceed <i>in forma pauperis</i>, received without a complaint will be returned.

ATTAchment of Harrassment and Retaliation 13

CCS medical officical copacity + Officicaleopacity

AM being harrassed by The SheRiFF Depatment here AT C.J.C. I asked to see internal or someone in The Administration to Resolve the matter but it got me writing up lied on and put in The hole one officer choke me while on camera, Sgt wright said yes you sued us but you didn't get A _____ thang There move me to harding place back Then and I beleive They mess with The papr you'all send me in 05 or 06 Nonetheless The Jail is harrassing me and hindering This Application process

My Right hand on 9/30/14 cpl. Charles Suddeth Fractured ccs medical say no Fracture disfigured Added complaint

To whom it may concern:

My name is Clinton Key i Filed a complaint a 1983 42 usc back in 04 or 05 The Sheriff Dept. moved me around. my complaint had merit but I never knew what the out come was since I've been coming to Jail There after The ~~gards~~ officers has been ~~Harrass~~ ing me The complaint was against The Sheriff Dept and ccs medical Am here on a warrant for ~~there~~ having a BB Gun which The ~~Det~~- cote told officer urrutia to charge me with a The papers are here in The Jailers has ~~choke~~ me They fractured my hand this is all on Filim and has my indisnt Form so This complaint is delayed ive been Tryin to File Since 24th of sept This is the 14th ~~or~~ oct. 2014 ~~Please~~ ~~Please~~ ~~Please~~ can you help me get ~~from~~ ~~from~~ ... Form back my sister had to call the 13th

Case 3:14-cv-02002 Document 1 Filed 10/10/14 Page 14 of 14 PageID #: 14