# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CLINTON KEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 3:14-2002 |
| | )    Judge Sharp |
| CHRISTOPHER R. COTE, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Magistrate Judge Brown has entered a Report and Recommendation ("R & R") (Docket No. 19), recommending that Defendant's Motion to Dismiss be granted, that this case be dismissed with prejudice, and that the Court not certify any appeal as taken in good faith. Plaintiff has not responded to the R & R.

Having considered the matter *de novo* in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly,

(1) The R & R (Docket No. 28) is hereby ACCEPTED and APPROVED;

(2) Defendant's Motion to Dismiss (Docket No. 19) is GRANTED;

(3) Plaintiff's Motion to Proceed With Stay (Docket No. 22) (which in actuality is a response to Defendant's Motion to Dismiss) is hereby DENIED;

(4) This case is hereby DISMISSED WITH PREJUDICE; and

(5) Any appeal WOULD NOT be taken in good faith.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE