UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CLINTON KEY                            )
                                       )
                                       )
            Plaintiff                  )
                                       )
v.                                     )        NO. 3:14-2002
                                       )        JUDGE SHARP
                                       )
                                       )
CHRISTOPHER R. COTE                    )
                                       )
                                       )
                                       )
                                       )
                                       )
                                       )
            Defendant                  )

<u>ENTRY OF JUDGMENT</u>


        Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the
Federal Rules of Civil Procedure on 6/2/15.


                                KEITH THROCKMORTON, CLERK
                                s/Althea F. Straughter, Deputy Clerk